United States Bankruptcy Court
Western District of Michigan

In re: Case No. 24-01802-jwb
Morsels Coffee, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0646-1     User: admin     Page 1 of 3
Date Rcvd: Aug 21, 2024     Form ID: NPD     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Morsels Coffee, LLC, 4678 Lands End, Traverse City, MI 49686-8066 |
| aty | + | Joseph J. Bellinger, Bellinger Legal Services, LLC, PO Box 10, Phoenix, MD 21131-0010 |
| ust | + | Sharon V Lowe, DOJ-Ust, C/O Johnson, Linda, 201 Superior Ave. East,Ste 441, Cleveland, OH 44114-1234 |
| cr | + | Jeff Niedorfler, 5109 S Colonial Dr, Traverse City, MI 49685-6931 |
| op | + | Joseph J. Bellinger, PO Box 10, Phoenix, MD 21131-0010 |
| 8949599 | + | 13th Circuit Court, 328 Washington St, Suite 300, Traverse City, MI 49684-3509 |
| 8949600 | + | Anders J Gillis, Parker Harvey, PLC, 901 S Garfield Ave Ste200, Traverse City, MI 49686-3431 |
| 8949601 | + | Angela Witkowski, 4678 Lands End, Traverse City, MI 49686-8066 |
| 8949603 | + | City of Traverse City, 400 Boardman Avenue, Traverse City, MI 49684-2595 |
| 8949604 | + | Clover, PO box 173845, Denver, CO 80217-3845 |
| 8949607 | + | Edward Witkowski, 4678 Lands End, Traverse City, MI 49686-8066 |
| 8949609 | + | Jeff Niedorfler, Morsels LLC, 5109 S Colonial Dr, Traverse City, MI 49685-6931 |
| 8949610 | + | John & Loretta Witkowski, 72350 Campground Rd, Romeo, MI 48065-3734 |
| 8949611 | + | John Gardner, Bodman PLC, 99 Monroe Ave NW Ste 300, Grand Rapids, MI 49503-2639 |
| 8949612 | #+ | Marcia Bellinger Trust, 8485 S W Bayshore Drive, Traverse City, MI 49684-9563 |
| 8956029 | + | Marlee Rickert & Sophie Shuff, Smith & Johnson PC, PO box 705, Traverse City MI 49685-0705 |
| 8949613 | | Morsels Coffee, LLC, 4648 Lands End, Traverse City, MI 49686 |
| 8949614 | + | Olivia Scholten, aka Eva Davis, C/O Parker Harvey PLC, 901 S Garfield Ave , Ste 200, Traverse City, MI 49686-3431 |
| 8949616 | + | Traverse City Light & Power, City of Traverse City, 400 Boardman Avenue, Traverse City, MI 49684-2595 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Aug 21 2024 20:48:00 | Andy Vara, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Aug 21 2024 20:48:00 | Dean E. Rietberg, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: matthew.w.cheney@usdoj.gov | Aug 21 2024 20:48:00 | Matthew W. Cheney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Aug 21 2024 20:48:00 | Michael V. Maggio, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: kenneth.g.lau@usdoj.gov | Aug 21 2024 20:48:00 | Kenneth G Lau, DOJ-Ust, 125 Ottawa Avenue NW, Suite 200r, Grand Rapids, MI 49503 |
| ust | | Email/Text: elizabeth.k.patrick@usdoj.gov | Aug 21 2024 20:48:00 | Elizabeth K. Patrick, Office of the U.S. Trustee, |

| District/off: 0646-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: NPD | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | The Ledyard Building, 2nd Floor, 125 Ottawa Ave NW, Ste 200R, Grand Rapids, MI 49503 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Aug 21 2024 20:48:00 | United States Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Avenue NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Aug 21 2024 20:48:00 | United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| cr | | Email/Text: spvankersen@kuhnrogers.com | Aug 21 2024 20:48:00 | Terry C. Rogers, 4033 Eastern Sky Drive, Traverse City, MI 49684 |
| 8949605 | + | Email/Text: crystal@clsimage.com | Aug 21 2024 20:48:00 | CLS, 4200 Manchester Rd, Kalamazoo, MI 49001-1894 |
| 8949602 | + | EDI: CAPITALONE.COM | Aug 22 2024 00:52:00 | Capital One, Bankruptcy Department, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 8949606 | | EDI: DTEE.COM | Aug 22 2024 00:52:00 | DTE Energy, 2000 2nd Avenue, Detroit, MI 48226-1279 |
| 8949608 | ^ | MEBN | Aug 21 2024 20:48:37 | First Data Global Leasing, c/o Altus Receivables Mangement, 2121 Airline Drive Ste 520, Metairie, LA 70001-5987 |
| 8949615 | | EDI: PRA.COM | Aug 22 2024 00:52:00 | Portfolio Recovery, 120 Corporate Blvd, Suite 1, Norfolk, VA 23502-0000 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory L. Jenkins | on behalf of Creditor Terry C. Rogers gljenkins@krlawtc.com  jwdalton@krlawtc.com;spvankersen@krlawtc.com |
| John Anthony Di Giacomo | on behalf of Creditor Jeff Niedorfler john@revisionlegal.com |
| Paul Ira Bare | on behalf of Debtor Morsels Coffee  LLC lawofficecourtdocs@gmail.com |
| Scott A. Chernich | schernich@fosterswift.com  mi44@ecfcbis.com;cklemkosky@fosterswift.com |

District/off: 0646-1 User: admin Page 3 of 3
Date Rcvd: Aug 21, 2024 Form ID: NPD Total Noticed: 33
TOTAL: 4

Form NPD (02/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Morsels Coffee, LLC**<br>4678 Lands End<br>Traverse City, MI 49686<br>Tax ID: 87–1758993<br><br>**Debtor** | **Case Number 24–01802–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

### NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

### NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor **must file a proof of claim** whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court **within 90 days** of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). Please file your Proof of Claim electronically (a login & password is not required) by visiting: www.miwb.uscourts.gov. Select Filing Proofs of Claim located under Information for Creditors. A Proof of Claim form can be obtained at the same website or at any bankruptcy clerk's office. Please electronically file your proof of claim or mail to:

U.S. Bankruptcy Court
1 Division Avenue North, Room 200
Grand Rapids, MI 49503

Creditors who have already filed claims do **not** need to file another claim unless they intend to amend the claim now on file. Please note that claims **must arrive** at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
August 21, 2024

*Andrew R. Vara*
United States Trustee

By: *Matthew W. Cheney*
Assistant U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

FORM EPOC (09/13)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**Michelle M. Wilson**
**Clerk of Court**
(616) 456–2693 Tel.



---

**eLECTRONIC PROOF OF CLAIM FILING SYSTEM (ePOC)**

**Save Time & Money with ePOC!!!!**

---

ePOC enables creditors without a CM/ECF login/password to electronically file proofs of claims; thereby eliminating the need to complete the paper copy of the Proof of Claim form and mailing it to the Court for filing.

ePOC allows creditors to:

– Populate and electronically file Official Form B410 with the Court

– Attach optional supporting documentation in pdf format to the proof of claim

– Receive immediate verification of the filing

– Electronically file amended proofs of claim

To file your claim using ePOC, please go to the Court's website at: www.miwb.uscourts.gov

Once you access the website, click on the Electronic Proof of Claims link located under **Information for Creditors**

*Penalty for filing fraudulent claim:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 and 3571.**